IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHARLES P. FARRIS, JR., # 37576-019**     **PETITIONER**

**VERSUS**     **CIVIL ACTION NO. 5:09-cv-100-DCB-MTP**

**BRUCE PEARSON AND**
**FEDERAL BUREAU OF PRISONS**     **RESPONDENTS**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  17th  day of December, 2009.


　s/ David Bramlette
UNITED STATES DISTRICT JUDGE